## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

TRDS 441 Hector Associates, LP,     :
            Appellant     :
                        :
        v.            :     No. 1316 C.D. 2022
                        :
Conshohocken Zoning Hearing     :
Board                       :

**PER CURIAM**                    **O R D E R**

      NOW, August 24, 2023, having considered Appellant's application for reargument and Appellee OPS Realty Holding LLC's answer in response thereto, the application is DENIED.